**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RELATED CASE STATEMENT**
Local Civil Rule 13(b)(1)

A.    **Full caption of later-filed case:**

```
JOSÉ ATILES and
LAUREN SOLIN, on behalf of
themselves and all others similarly
situated,

                    Plaintiffs
                                              No. 17 CV 7493
        vs.

EQUIFAX, INC. and
EQUIFAX INFORMATION SERVICES LLC,

                    Defendants.
```

B.    **Full caption of earlier-filed case(s) in this District:**

```
JEREMY DAVIS,
AMANDA GURTIS DAVIS, and
JOHN HUGHES, individually and on
behalf of all others similarly
situated,

                    Plaintiffs      No. 1:17-cv-06883-VB

        vs.

EQUIFAX, INC.,

                    Defendant.
```

| | |
|---|---|
| LINDA TIRELLI and BROOKE MERINO, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs<br><br>   vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>           Defendant. | No. 1:17-cv-06868-VB |
| AVI JOSHUA BITTON, individually and on behalf of all others similarly situated,<br><br>           Plaintiff<br><br>   vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, and DOES 1 THROUGH 10,<br><br>           Defendants. | No. 1:17-cv-06946-VB |

| | |
|---|---|
| BERNARD J. ZWEIG and<br>FRANK PALUMBO, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs<br><br>    vs.<br><br>EQUIFAX INC. and<br>EQUIFAX INFORMATION SERVICES, INC.,<br><br>                      Defendants. | No. 1:17-cv-07090-VB |
| SHERVON FLORES and<br>ELIO GUZMAN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs<br><br>    vs.<br><br>EQUIFAX INC.,<br><br>                      Defendant. | No. 1:17-cv-07088-VB |

**C.   Status of Earlier-Filed Cases**
     **Statement of Reasons for Relatedness**

This matter, the earlier-filed cases identified herein, and related proceedings are among more than 100 class actions filed against Equifax, Inc. and its affiliates and subsidiaries arising out of a data breach affecting more than 140 million U.S. consumers' sensitive and personal consumer files.

As alleged in the Complaint filed in this matter, Equifax failed to take the most basic measures to protect Plaintiffs and other affected consumers against known risks.

Plaintiffs contend these matters are related because the claims allege similar causes of action based on similar facts and seeking similar relief.  All such actions are potentially subject to pending motions for transfer and consolidation before the Joint Panel on Multidistrict Litigation.  <u>In re: Equifax, Inc. Customer Data Security Breach Litigation</u>, MDL 2800.

Dated:    October 1, 2017           MULLEN P.C.
          New York, NY

                                    _____
                              By:   Wesley M. Mullen (WM1212)
                                    200 Park Avenue, Ste. 1700
                                    New York, NY 10166
                                    wmullen@mullenpc.com
                                    (646) 632-3718

                                    *Attorney for Plaintiffs*
                                    *José Atiles, Lauren Solin,*
                                    *and the Classes*